## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Joseph Gentile, JR | ) | Chapter 13 |
| Karen Gentile | ) | Case No. 16 B 24874 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Joseph Gentile, JR
Karen Gentile
4056 W Pontiac Ave
Chicago, IL  60634

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On January 29, 2018 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, January 3, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On August 02, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 10, 2017, for a term of 60 months with payments of $1,550.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 17 | $24,110.00 | $19,568.00 | $4,542.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/02/2018
Due Each Month: $1,550.00
Next Pymt Due: 02/01/2018

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/21/2017 | 70283867 | $775.00 | 03/06/2017 | 70284648 | $775.00 |
| 03/22/2017 | 70285402 | $775.00 | 04/10/2017 | 70286170 | $775.00 |
| 04/21/2017 | 70286936 | $775.00 | 05/08/2017 | 70287685 | $775.00 |
| 05/22/2017 | 70288460 | $775.00 | 08/01/2017 | 4169171000 | $1,550.00 |
| 09/04/2017 | 4256800000 | $1,550.00 | 10/04/2017 | 4339146000 | $728.00 |
| 11/01/2017 | 4406375000 | $100.00 | 12/01/2017 | 4482585000 | $830.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE